THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WHARF, INC.** **t/a THE WHARF,** *et al.*, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants, <br><br> and <br><br> **WHARF HORIZONTAL REIT LEASEHOLDER LLC,** *et al.*, <br><br> Defendants/Counter-Plaintiffs. | **Civil Action No. 15-cv-1198 (CKK)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs BRW, Inc., t/a Captain White Seafood City, The Wharf, Inc., and Salt Water Seafood, Inc. (collectively, the "Plaintiffs"), and Defendants/Counter-Plaintiffs Hoffman-Struever Waterfront L.L.C., Wharf District GP Joint Venture LLC, Hoffman-Madison Waterfront LLC, Wharf Horizontal REIT LLC, and Wharf District Joint Venture LP, and Defendants/Counter-Plaintiffs Wharf Horizontal REIT Leaseholder LLC and Wharf Fish Market REIT Leaseholder LLC (collectively, "Developers"), and Defendant the District of Columbia ("the District"), by counsel, hereby agree and state as follows:

In July 2015, Plaintiffs filed this lawsuit against the District of Columbia and Developers, alleging 11 causes of action related to the Plaintiffs leases and tenancy at the D.C. Municipal Fish Market ("Fish Market");

Developers filed counterclaims against Plaintiffs;

The Court entered judgment against Plaintiffs on Counts I – III of the Third Amended Complaint (ECF No. 119 at 38-42, 198-220), alleged against Defendant District of Columbia; and,

The Plaintiffs, the District, and Developers wish to terminate all disputes among themselves concerning the claims and counterclaims filed by each of them in this action, and any other claims related to the Plaintiffs' tenancy. To that end:

The District stipulates that it shall bring no claim or civil action against any Plaintiff, its successors or assigns, for the reasonable value of any Plaintiff's tenancy, occupation of premises, or use of the common areas of the Fish Market;

Plaintiffs stipulate that no Plaintiff shall seek to recover from the District any security deposit made by or on behalf of any Fish Market tenant in relation to its tenancy at the Fish Market;

Plaintiffs and the District stipulate that the judgment entered against Plaintiffs for their claims against the District, pursuant to the July 30, 2021 Joint Stipulation Regarding the Parties' Claims and Counterclaims Before the Court, Dkt. 222, and August 2, 2021 Order, Dkt. 223, shall be complete and constitute a final order, and Plaintiffs waive their right to appeal the judgment against them for their claims against the District in this matter; and

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1):

Plaintiffs, the District, and Developers stipulate that this action may be dismissed WITH PREJUDICE, each party to bear its own costs of suit and attorneys' fees.

**FOR PLAINTIFFS**:

  /s/ John Jay Range
John Jay Range, D.C. Bar No. 376028
Wendell L. Taylor, D.C. Bar No. 973873
Christopher J. Dufek, D.C. Bar No. 1020954
Wm. Bennett Sooy, D.C. Bar No. 1047928
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave, N.W.
Washington, D.C.  20037

Tel: (202) 955-1627
Fax: (202) 857-3898
wtaylor@huntonAK.com
jrange@huntonAK.com
cdufek@huntonAK.com
bsooy@huntonAK.com

*Counsel for Plaintiffs/Counter-Defendants*

**FOR DEVELOPERS**:

s/Michael S. McNamara
_____
Michael S. McNamara, D.C. Bar No. 493773
Gerald Zingone, D.C. Bar No. 396604
Clare Cavaliero Pincoski, D.C. Bar No. 1029442
Alex G. Anderson, D.C. Bar No. 1035474
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
michael.mcnamara@pillsburylaw.com
gerald.zingone@pillsburylaw.com
clare.pincoski@pillsburylaw.com
alex.anderson@pillsburylaw.com

*Counsel for Developers/Counter-Plaintiffs*

**FOR THE DISTRICT**:

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Conrad Risher*
_____
Conrad Z. Risher, D.C. Bar No. 1044678
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 442-9774

conrad.risher@dc.gov

*Counsel for Defendant District of Columbia*